UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., | Case No.  4:15-cv-05325-DMR |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | Re: Dkt. No. 15 |
| CONSTRUCTION MATERIALS TESTING, INC., | |
| Defendant. | |

The court is in receipt of Plaintiffs' motion to continue Initial Case Management Conference  [Docket No. 15].   The Initial Case Management Conference scheduled for March 2, 2016 at 1:30 p.m. has been VACATED.   Plaintiffs shall file a Motion for Default Judgment against Defendant or a status report **by April 18, 2016.**

Plaintiffs shall serve the Defendant with a copy of this Clerk's Notice and file a proof of service with the court.

**IT IS SO ORDERED**.

Dated: February 18, 2016

_____
DONNA M. RYU
United States Magistrate Judge