UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONSTRUCTION MATERIALS TESTING, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-05325-DMR<br><br>**ORDER TO FILE RESPONSE**<br><br>Re: Dkt. No. 27 |

On April 19, 2016, Defendant Donald Rose, President of Construction Materials Testing, Inc. filed a request to continue the deadline to oppose Plaintiffs' Motion for Default Judgment [Docket No. 20] by sixty days so that he may retain counsel. Plaintiffs are hereby ordered to file a letter by 9:00 a.m. on April 26, 2016 indicating whether they object to the request to continue the briefing schedule and the hearing on their Motion for Default Judgment so that Defendant Rose may retain counsel and appear in the case.

**IT IS SO ORDERED.**

Dated: April 21, 2016

                                                   Donna M. Ryu<br>                                      United States Magistrate Judge