UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CONSTRUCTION MATERIALS TESTING, INC., et al.,<br><br>        Defendants. | Case No.  15-cv-05325-DMR<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO OPPOSE MOTION FOR DEFAULT JUDGMENT; CONTINUING HEARING AND SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 20, 27, 30 |

Plaintiffs filed suit under the Employee Retirement Income Security Act ("ERISA") to collect withdrawal liability assessed against Defendant Construction Materials Testing, Inc. ("CMT") on November 20, 2015. [Docket No. 1.] At the Plaintiffs request, the Clerk entered default on January 26, 2016. [Docket Nos. 13 and 14.] On April 15, 2016, Plaintiffs filed their Motion for Default Judgment against Defendant CMT, and served Defendant CMT by mail. [Docket Nos. 20-24.]

On April 19, 2016, Donald Rose, the President of Defendant CMT filed a motion to continue the deadline for opposing Plaintiffs' Motion for Default Judgment by 60 days to allow Defendant CMT to retain counsel and respond in this case. [Docket No. 27.] The court requested Plaintiffs to provide their position on Defendants, and Plaintiffs indicated that they do not oppose Defendant CMT's motion to extend the time to file an opposition to Plaintiffs' Motion for Default Judgment until July 1, 2016. [Docket Nos. 28, 29.]

Therefore, the court grants Defendant CMT's request. The briefing schedule for Plaintiffs' Motion for Default Judgment [Docket No. 20] is as follows:

- Opposition deadline: July 1, 2016
- Reply deadline: July 8, 2016.

1   The hearing previously set for June 9, 2016 is hereby CONTINUED to July 28, 2016, U.S.
2   District Court, 1301 Clay Street, Oakland, California 94612.
3   Plaintiffs shall serve a copy of this Order on Defendant CMT and file a proof of service
4   with the court.

**IT IS SO ORDERED.**

Dated: April 27, 2016

_____
Donna M. Ryu
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CONSTRUCTION MATERIALS TESTING, INC., et al.,<br><br>　　　　　Defendants. | Case No.　4:15-cv-05325-DMR<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 4/27/2016, I SERVED a true and correct copy(ies) of the Order Granting Motion to Extend Time to Oppose Motion for Default Judgment; Continuing Hearing and Setting Briefing Schedule, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Rose
342 West Prospect Avenue
Danville, CA 94526

Donald G. Rose
Construction Materials Testing, Inc.
2278 Pike Court,
Suite F
Concord, CA 94520

Dated: 4/27/2016

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Ivy Lerma Garcia, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable DONNA M. RYU