UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CONSTRUCTION MATERIALS TESTING, INC., et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-05325-DMR<br><br>**ORDER TO SUBMIT SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 20 |

On April 15, 2016, Plaintiffs Pension Plan for Pension Trust Fund Operating Engineers, Richard Piombo, and Russell E. Burns filed a motion for default judgment. [Docket No. 20.] Having reviewed that motion, this court determines that further supplemental briefing is required.

Plaintiffs request $7,959.0 in attorneys' fees through April 1, 2016. Mot. at 11, Cargain Decl., Ex. C. In support of this request, Plaintiffs have submitted the total amount of time expended by each of Plaintiffs' attorneys and paralegals. However, Plaintiffs do not provide any explanation of how the requested time was spent. Plaintiffs must submit a more detailed accounting sufficient to support Plaintiff's requested award of reasonable attorneys' fees for litigating this action, such that the court may determine whether the time spent was "excessive, redundant, or otherwise unnecessary." *Hensley v. Eckerhart*, 461 U.S. 424, 434 (1983); *see also* N.D. Cal. Civ. L.R. 54-5.

Furthermore, Plaintiffs request $2,000.00 in investigative costs as part of the request for attorneys' fees, but does not explain what the requested investigative costs cover and whether the investigative costs overlap at all with the requested attorneys' fees. Mot. at 13; Cargain Decl., Ex. C. Plaintiffs shall provide sufficient information explaining the requested investigative costs to allow the court to determine whether such investigative costs were reasonably and actually

1 incurred.

2 Plaintiffs shall submit additional briefing by 1:00 p.m. on July 15, 2016, to address the above deficiencies in the motion for default judgment. Any opposition or statement of non-opposition is due no later than July 20, 2016.

**Immediately upon receipt of this Order, Plaintiffs shall serve Defendant Construction Materials Testing, Inc. with a copy of this Order and file a proof of service with the court.**

**IT IS SO ORDERED.**

Dated: July 11, 2016

Donna M. Ryu
United States Magistrate Judge