UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CONSTRUCTION MATERIALS TESTING, INC., et al.,<br><br>Defendants. | Case No. 15-cv-05325-DMR<br><br>**ORDER LIFTING THE STAY, REOPENING CASE AND SETTING CASE MANAGEMENT CONFERENCE FOR AUGUST 16, 2017** |

Plaintiffs filed this action pursuant to the Employee Retirement Income Security Act ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. §§ 1001-1461, to collect withdrawal liability assessed against Defendant Construction Materials Testing, Inc. ("CMT") and Does 1 through 10. Complaint at 2 [Docket No. 1]. Because CMT did not respond to the complaint, Plaintiffs moved for default judgment against CMT. Plaintiffs' Motion for Default Judgment [Docket No. 20].

On June 29, 2016, CMT filed for Chapter 11 bankruptcy. *See* Notice of Chapter 11 Bankruptcy Case [Docket No. 47-1]. Plaintiff thereafter filed a notice of automatic under 11 U.S.C. § 362. *See* Notice of Automatic Stay under 11 U.S.C. § 362 [Docket No. 47.]

On July 18, 2016, the court stayed this case under 11 U.S.C. § 362 and ordered the Clerk to administratively close the file. *See* 7/18/16 Order Staying Case [Docket No. 48].

On January 24, 2017, CMT's Chapter 11 bankruptcy case was dismissed. *See* Exhibit A to Withdrawal of Notice of Automatic Stay ("Withdrawal Notice") [Docket No. 51-1].

On July 11, 2017, Plaintiffs filed a Withdrawal of the Notice of Automatic Stay. *See* Withdrawal Notice at 1.

In light of the foregoing, the court therefore lifts the stay, orders the Clerk to reopen the case, and sets a Case Management Conference for **August 16, 2017 at 1:30 p.m.** The Case Management Statement is due no later than August 9, 2017.

Plaintiffs shall serve a copy of this order on Defendant and file proof of service with the court.

**IT IS SO ORDERED.**

Dated: July 12, 2017



_____
Donna M. Ryu
United States Magistrate Judge